# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE PERRY | CASE NO. 1:11-cv-1357-AWI-MJS |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | (ECF No. 3) |
| CITY OF FRESNO, et al., | |
| Defendants. | |

By application filed on August 15, 2011, Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has submitted an application that makes the showing required by § 1915 (a).  Accordingly, the request to proceed in forma pauperis IS GRANTED.  28 U.S.C. § 1915 (a).

IT IS SO ORDERED.

Dated:  August 24, 2011             /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE